# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WEINSTEIN, ET ALS, LLC AND
JOHN HAAS WEINSTEIN

NO.  2021 CW 1389

VERSUS

CW INVESTORS, LLC AND JOSH
LAPIDES

**JANUARY 21, 2022**

---

In Re:   CW Investors, LLC and Josh Lapides, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 653621.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT